**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case Number:  0:18-cv-62485-WPD**

ALEXANDER JOHNSON,

      Plaintiff,

vs.

OCEAN PLAZA 625, LLC
d/b/a Premiere Hotel,

      Defendant.

_____

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice [DE 28] (the "Stipulation"), filed herein on August 16, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.      The Stipulation [DE 28] is hereby **GRANTED**;

2.      This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3.      The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 16th day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: all counsel of record